IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-058 |
| | ) | |
| KECIA DAVIDSON; COUNSELOR | ) | |
| GORDON; CORRECTIONS OFFICER | ) | |
| BURKE; VIRGINIA SMITH; CPT. SID | ) | |
| ANDREWS; and SERGEANT LOCKETTE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DENIES AS MOOT** Plaintiff's motion for appointment of counsel, (doc. no. 3), and motion to stay, (doc. no. 8), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 29th day of October, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE