IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DARRELL D. CROSS, | * |
| Plaintiff, | * |
| v. | * CV 320-058 |
| KECIA DAVIDSON; COUNSELOR GORDON; CORRECTIONS OFFICER BURKE; VIRGINA SMITH; CPT. SID ANDREWS; and SERGEANT LOCKETTE, | * |
| Defendants. | * |

O R D E R

On October 2, 2020, the United States Magistrate Judge entered a Report and Recommendation ("R & R") recommending that Plaintiff Darrell D. Cross's complaint be dismissed pursuant to the three-strike provision of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). Objections to the R & R were due by October 19, 2020. This Court adopted the R & R ten days after this deadline on October 29, 2020. (Doc. No. 11.) No objections had been filed.

On November 3, 2020, the Court received a twenty-four page "Emergence Motion to Appeal to District Court Judge de novo Review . . .," which had it been timely filed would have been considered Plaintiff's objections to the R & R. Nevertheless, the Court has carefully reviewed the "objections" to the extent it can find intelligible arguments and has determined that Plaintiff fails to

rebut the Magistrate Judge's finding that he is subject to the three-strike provision. To the extent that Plaintiff seeks leniency in the application of the three-strike provision, the Court cannot do so. Accordingly, Plaintiff's emergency motion filed on November 3, 2020 (doc. no. 13) is **DENIED**.

Further, Plaintiff filed a Notice of Appeal on November 10, 2020, seeking to appeal the Court's Adoption Order of October 29, 2020. Plaintiff also seeks to proceed on appeal in forma pauperis. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." See 28 U.S.C. § 1915(a)(3). An appeal is not taken in good faith if it is frivolous. See Coppedge v. United States, 369 U.S. 438, 445 (1962). Here, the Court can discern no non-frivolous issues to raise on appeal; thus, the appeal has not been taken in good faith. Plaintiff's motion to proceed in forma pauperis on appeal (doc. no. 16) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 10th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE