IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DARRELL D. CROSS, | * |
| Plaintiff, | * |
| v. | *   CV 320-058 |
| KECIA DAVIDSON; COUNSELOR GORDON; CORRECTIONS OFFICER BURKE; VIRGINA SMITH; CPT. SID ANDREWS; and SERGEANT LOCKETTE, | * |
| Defendants. | * |

**O R D E R**

This captioned matter is currently on appeal from the Court's Order of October 29, 2020, which dismissed Plaintiff Darrell D. Cross's complaint pursuant to the three-strike provision of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). On December 31, 2020, the Court received from Plaintiff a filing styled "Urgent Pro se Motion of Relief From Judgment/Recent Order FRCP 60(b) That a (sic) En banc Decision be admissible, Adoption Petitioner Nov. 03, 2020 of Oct. 13, 20[20] Motion as Clear Proff (sic) of Relief, i.e., Not Final." Upon due consideration, said motion (doc. no. 24) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 4th day of January, 2021.

UNITED STATES DISTRICT JUDGE